## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JESUS GONZALEZ, *an individual*,

      Plaintiff,                     CASE NO.: 1:24-cv-21891-JLK

vs.

YAJAIRA SALON DOMINICANO, CORP.,
*a Florida corporation, and* SOUTHERN POINT
PROPERTIES LLC, *a Florida limited liability company,*

      Defendants.

_____/

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JESUS GONZALEZ, and Defendants, YAJAIRA SALON DOMINICANO CORP. and SOUTHERN POINT PROPERTIES LLC, by and through undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE.  Each party shall bear its own costs, expenses, and attorneys' fees, except as stated in the parties' settlement agreement.

DATED: **December 30, 2024**

           Respectfully submitted,

| | |
|---|---|
| By: _/s/ Nolan Klein_<br>Nolan Klein, Esq.<br>Fla. Bar No. 647977<br>Law Offices of Nolan Klein, P.A.<br>5550 Glades Road, Ste. 500<br>Boca Raton, FL 33431<br>Ph: (954) 745-0588<br>klein@nklegal.com<br>Joshua M. Entin, Esq.<br>Fla. Bar No. 493724<br>Entin Law Group, P.A.<br>1213 S.E. 3rd Avenue<br>Fort Lauderdale, FL 33316<br>Ph : (954) 761-7201<br>josh@entinlaw.com<br>*Attorneys for Plaintiff* | By*: _/s/ Raul R. Lopez_<br>Raul R. Lopez, Esq.<br>Fla. Bar No. 705667<br>Gastesi Lopez & Mestre, PLLC<br>8105 NW 155th Street<br>Miami Lakes, FL 33016<br>Telephone: (305) 818-0117<br>Facsimile: (305) 818-9997<br>lopez@glmlegal.com<br>*Attorneys for Defendants* |