UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-cv-21891-JLK

JESUS GONZALEZ, an individual,

    Plaintiff,

vs.

YAJAIRA SALON DOMINICANO, CORP.,
a Florida corporation, and SOUTHERN POINT
PROPERTIES LLC, a Florida limited liability company,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Parties Stipulation of Voluntary Dismissal with Prejudice (DE 7) filed December 30, 2024, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Fed. R. Civ. P. 41(a)(1), it is

**ORDERED, ADJUDGED and DECREED** as follows:

1. The above-styled case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

2. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 3rd day of January, 2025.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**   **All Counsel of Record**
      **Clerk of Court**